United States
District Court
Boston Mass

FRIDAY – MAR. ①
– 14 – 2003
time: 3:15 A.M.

CIVIL ACTION

PETER P. KARPOWICZ –v– MALONEY
PROPERTIES INC.
CA 03-10609 WGY ET-AL

PLAINTIFF   03-10609 WGY   DEFENDANTS
Referred to M.J. Dein

PETER P. KARPOWICZ
J.F.K
POST OFFICE
P.O. BOX NO. 8037

June 12, 2003,
Construed with the utmost liberality, this complaint may state a cause of action against the first 2 named defendants for ethnic or age discrimination. It nowhere appears, however, that this action has been timely brought or that any cause of action exists as to the other named defendants. Accordingly this action will be dismissed unless, within 45 days of the date of this order, the plaintiff remedies these defects.

William G. Young
Chief Judge

① MALONEY PROPERTIES INC.
② SAINT CECILIA HOUSE
③ PAULA ———— ?
④ 3 OTHER WOMEN
   (AT APPEAL HEARING)
   (SAINT CECILIA HOUSE)
⑤ BOSTON POLICE DEPT.
⑥ CAMBRIDGE POLICE DEPT.
⑦ M.B.T.A. POLICE DEPT.
⑧ COMMONWEALTH
   OF MASSACHUSETTS
⑨ TRIAL COURT OF
   MASSACHUSETTS
⑩ STATE ATTORNEY
   GENERAL – THOMAS REILLY
⑪ GOVERNOR
   MITT ROMNEY
⑫    ET-AL

Complaint
of
Complaints

I was denied Housing by a white woman by the name of Paula -? and 2 other white women, I think one of those 2 women had a name like STANTON. There was another woman (black) by the name of KAREN who was also at the appeal hearing.

These woman took a long time in denying me housing from the begining.

When they finally denied me housing at Saint Cecilias House at first, they took a very deliberate prolong response in giving me an appeal hearing.

It was obvious to me, that they tried to keep me waiting, hoping I would give up in constantly trying to find out when they would give me an appeal hearing. Because my advocate in housing kept on calling them trying to get a response when the appeal hearing would be, they then gave up in stalling us anymore, and granted the appeal hearing.

For two hours yesterday, Weeks portrayed the retired trooper as "Stevie's guy" — a cop in organized crime with a mysterious affinity for Stephen "The Rifleman" Flemmi and a knack for helping out the mob.
Weeks even quoted his mentor James "Whitey" Bulger as saying, "Eric has saved our ass a hundred times."

I had 2 elderly men who were disabled physically with canes who served in the U.S. Army, and another man who served in the Marines come to the hearing, along with my Advocate. These men knew me very well. They know I am not a criminal. They know — I never committed a crime.

My senses of the women told me what the deliberate delay in granting me a appeal hearing had already told me, along with their discriminating and racist accusations had already accused me of. My senses told me I was again going to be denied housing at Saint Cecilia's House.

I was certainly right. My judgment & experience of people is excellent.

People have deliberately cause me a lot of deliberate pain and suffering in my lifetime. With a lot of injustice, pain and suffering from Irish Police who have fabricated many crimes against me many times, and other police, from the Cambridge police, Boston Police and those Irish NAZIS from the M.B.T.A. POLICE.

> For two hours yesterday, Weeks portrayed the retired trooper as "Stevie's guy" — a cop in organized crime with a mysterious affinity for Stephen "The Rifleman" Flemmi and a knack for helping out the mob.
> Weeks even quoted his mentor James "Whitey" Bulger as saying, "Eric has saved our ass a hundred times."

④

As I said I was certainly right.

Those Irish or English women have no morals. They again denied me housing, in the presence of 3 men; all who served in the military. They denied me housing because the CORI came back to them stating all these nickel and dime fabricating cases fabricated by Irish NAZI POLICE had been dismissed, dismissed, dismissed, dismissed, dismissed, dismissed, dismissed, dismissed and so on. These Irish NAZIS had nothing better to do, but use their Irish NAZI HATRED in fabricating crimes of trespassing, and disorderly conduct against me.

Irish police are quick in approaching their vulnerable victims in provoking people, entrapping people, sucking people into unwanted conversations, unwanted presence of them, unwanting them to fabricating crimes against them. These Irish cops are garbage, disease, corrupt, and criminal. They serve no one but themselves and their counterparts.

For two hours yesterday, Weeks portrayed the retired trooper as "Stevie's guy" — a cop in organized crime with a mysterious affinity for Stephen "The Rifleman" Flemmi and a knack for helping out the mob.

Weeks even quoted his mentor James "Whitey" Bulger as saying, "Eric has saved our ass a hundred times."

(5)

I am a white male.

I am going on 69 years of age.

I have an enlarged hernia.

I have a severe dryness of the mouth.

I have a severe breathing disability.

My fingers and arms get numb at times.

All these physical disabilities cause me a great interference in my necessary sleep. All the times these Irish NAZI's fabricated crimes against me, caused me to go all the times to court without any sleep at all.

These Irish NAZI's never show up in court.

They have no intent to come to court.

Irish Cops just like to release their hatred thoughts and dislikes of me and other vulnerable people who are totally innocent of their hatred and diseased fabrications of crimes against those who have no protection from the law and its Trial Court of Massachusetts. They have no defense.

For two hours yesterday, Weeks portrayed the retired trooper as "Stevie's guy" — a cop in organized crime with a mysterious affinity for Stephen "The Rifleman" Flemmi and a knack for helping out the mob.

Weeks even quoted his mentor James "Whitey" Bulger as saying, "Eric has saved our ass a hundred times."

(6)

They have no defense from this garbage, disease, and cancerous colons called Law Enforcement. The Commonwealth of Massachusetts, and their Trial Court of Mass, and the police of Cambridge, police of Boston, their police of the M.B.T.A. Police and other Police of Massachusetts, are protected by the Commonwealth of Massachusetts and its corrupt and criminal Trial Court of Mass, The Commonwealth of Massachusetts and its Trial Court of Mass along with Police Departments like the Whitey Bulger, John Connolly Irish Boston Police dept. those Irish gangbangers of the M.B.T.A. Police and that garbage and disease and cancerous colons of the Cambridge Police and other Police department of the Commonwealth of Mass, is nothing less than an "IRISH CRIMINAL ORGANIZATION" reinforced with entrenched decades of CORRUTION. They are like the Bulger Crime family, — WHITEY JOHN AND BILLY : — BULGER'S.

> For two hours yesterday, Weeks portrayed the retired trooper as "Stevie's guy" — a cop in organized crime with a mysterious affinity for Stephen "The Rifleman" Flemmi and a knack for helping out the mob.
> Weeks even quoted his mentor James "Whitey" Bulger as saying, "Eric has saved our ass a hundred times."

I have been arrested by this Irish culture of corrupt and criminal, diseased cancerous colons of Irish NAZI'S on the M.B.T.A police 3 times. Their Irish HATRED has arrested me for trespassing and disorderly conduct. These Irish NAZI'S know how to hate and hurt people who are totally innocent, and vulnerable to these Irish NAZI cancerous diseased colons.

The Irish NAZI'S know how to professionly violate laws and screw innocent people, who are vulnerable to this contagious diseased culture, culture called Irish crime and Irish corruption, just like the Bulger Crime Family: — Whitey, JOHN and the Corrupt Midget, Billy.

These Irish M.B.T.A. cops are just like that piece of garbage, disease and contagious cancerous colon Zip JOHN CONNOLLY another one of those CHAPAQUIDICK HEROS.

> For two hours yesterday, Weeks portrayed the retired trooper as "Stevie's guy" — a cop in organized crime with a mysterious affinity for Stephen "The Rifleman" Flemmi and a knack for helping out the mob.
> Weeks even quoted his mentor James "Whitey" Bulger as saying, "Eric has saved our ass a hundred times."

I wish to inform and serve knowledge to all the defendants, the Governor Mitt Romney, The Commonwealth of Mass., The Trial Court of Mass., Those Irish NAZI'S who have fabricated armies against me since I was a young boy up to now that I am an old man of almost 69 years of age, the following:

I am not a criminal. I am not like that garbage and disease on the streets and elsewhere, mugging, robbing, stabbing, stabbing, stabbing, stabbing, raping, carjacking, shooting, oh you some more of multiple stabbings and rapes, and knocking down women grabbing their purses. I am not like the above stated garbage and disease mugging, and stabbing, and so, and so innocent, and vulnerable citizens and others of this diseased corrupt country.

> For two hours yesterday, Weeks portrayed the retired trooper as "Stevie's guy" — a cop in organized crime with a mysterious affinity for Stephen "The Rifleman" Flemmi and a knack for helping out the mob.
>
> Weeks even quoted his mentor James "Whitey" Bulger as saying, "Eric has saved our ass a hundred times."

I wish to serve you notice.

I am not a criminal

I am a law abiding citizen.

I have had Irish NAZI's fabricate crimes against me since I was a young boy until now I am a old man almost 69 years old.

I have never been convicted of any crimes.

I have not committed any crimes.

My NAZI accusers never show-up in court. Their HATRED AND DISEASE never had any intent to show up in court.

I never see my accusers.

I sign for a jury trial.

I never get a jury trial.

The Commonwealth of Mass. and its Trial Court breaks are agreement of contract of a jury trial.

I draw up MOTIONS well in advance of the jury trial date which I never get, instructing the trial court NOT TO DISMISS MY CASE. THE TRIAL COURT JUST KEEPS DISMISSING MY CASES. THEY VIOLATE ALL MY RIGHTS.

> For two hours yesterday, Weeks portrayed the retired trooper as "Stevie's guy" — a cop in organized crime with a mysterious affinity for Stephen "The Rifleman" Flemmi and a knack for helping out the mob.
> Weeks even quoted his mentor James "Whitey" Bulger as saying, "Eric has saved our ass a hundred times."

(9)

(10)

When the judge attempts to dismiss these cases, I ask why my cases are being dismissed.

I never get a proper answer.

I tell the judge that I will not accept a dismissal.

It does no good.

I then have to remind the judge to make an notation on the docket.

I ask that the judge makes sure the notation of the dismissal be made clear of the following notation that MR. KARPOWICZ: — "The Defendant Objects to Dismissal"

These Irish or English women of Saint Cecilia's House and Maloney Properties Inc. discriminated and violated my rights to housing.

These Irish or English women take good care of themselves.

The Commonwealth of Massachusetts and its Trial Court of Mass. and the Boston Police Dept., and the Cambridge Police Dept. and those Irish NAZIS on the M.B.T.A. police have contributed as accomplices, and counterparts in victimizing me from getting housing

> For two hours yesterday, Weeks portrayed the retired trooper as "Stevie's guy" — a cop in organized crime with a mysterious affinity for Stephen "The Rifleman" Flemmi and a knack for helping out the mob.
>
> Weeks even quoted his mentor James "Whitey" Bulger as saying, "Eric has saved our ass a hundred times."

at the Saint Cecilia House.
These Irish or English women have done the same to me as these Irish NAZI's have done to me all my life. They have criminalized me because they are suspicious of all these cases that were dismissed against my objection.

MR. KARPOWICZ
"THE DEFENDANT OBJECTS TO DISMISSAL.

ADDRESS
PETER P. KARPOWICZ
J.F.K POST OFFICE
P.O. NO. 8037
BOSTON MASS

DO YOU DEFENDANTS IN THIS CIVIL ACTION KNOW THE MEANING OF THE WORD:-
OBJECTS

These Irish or English women take good care of themselves, just like the Irish nazis take care of themselves.
Those Irish cops don't help, serve or protect anyone but themselves.
They are nothing but criminals and recipients of a paycheck.
I am going to challenge this Irish Criminal Organization called the Commonwealth of Mass.
You Democratic NAZI's are worth the risk.
Signed NON IRISH VICTIMIZED AND VULNERABLE DISABLED AND OLD
Signed under the pains and penalties of perjury
Peter Paul Karpowicz
Thank You Ladies, Sirs and Gentlmen

# Weeks says ex-trooper passed tip for Bulgers

By J. M. LAWRENCE

Clutching a typed tip from a retired state trooper, Bulger gang enforcer Kevin J. Weeks immediately sought out John "Jackie" Bulger to warn him about FBI tracing devices on the Bulger brothers' phones in 1999, Weeks told a federal jury.

Testifying yesterday in his third corrupt-cop trial, Weeks said John Bulger identified the phone numbers as belonging to him and UMass President William Bulger. "I gave the note to John Bulger so he could show it to his brother," Weeks said of the letter that was left at his South Boston store in September 1999 by Lt. Richard J. Schneiderhan.

Weeks and the youngest Bulger then went to a pay phone at a Southie restaurant to call Schneiderhan and ask if he knew of any other phones under the FBI's watch, Weeks said.

For two hours yesterday, Weeks portrayed the retired trooper as "Stevie's guy" — a cop in organized crime with a mysterious affinity for Stephen "The Rifleman" Flemmi and a knack for helping out the mob.

Weeks even quoted his mentor James "Whitey" Bulger as saying, "Eric has saved our ass a hundred times."

He described more than eight meetings with Schneiderhan in the late 1990s at a Braintree driving range on jailhouse orders from Flemmi and claimed Schneiderhan went by myriad code names: "Eric," "Max" and "131313."

Schneiderhan, 68, a burly former organized crime investigator now suffering from colon cancer, appeared impassive during Weeks' testimony but could be heard later outside the courtroom proclaiming, "That lying sack of (expletive)."

Schneiderhan is charged with conspiracy and obstructing justice by tipping the FBI "pen registers" to the Bulgers amid the FBI's hunt for "Whitey." He learned of the devices from a relative who worked for the phone company. If convicted, the ex-trooper faces 10 years in prison.

Weeks claimed Flemmi first linked the two by holding up the trooper's home phone number on a sheet of paper behind the glass of the visiting room window at the Plymouth House of Corrections.

Weeks got in touch with Schneiderhan with instructions from Flemmi to find out whether Anthony St. Laurent was informing on the Mafia.

But Schneiderhan brought only his Rottweiler to the golf range encounters and no information. "My impression was he was jerking me around," Weeks testified.

His opinion changed when the note about FBI pen registers arrived at Weeks' South Boston variety store/loansharking operation with the signature "Max" and the numbers "131313."

During cross-examination, Schneiderhan's attorney James P. Duggan reminded jurors that Weeks' plea agreement, including his admission to participating in five murders, hinges on pleasing prosecutors so they will recommend he serve a minimum of five years. He could be eligible for release in a year.

The jury of eight men and four women appeared riveted by the tough-talking former Triple O's bouncer and Bulger gravedigger.

He spoke of cowing deadbeats with a single blow when they couldn't pay back loans at 250 percent interest and noted he would have shot Schneiderhan's Rottweiler given the chance.

Last year, Weeks testified in federal cases resulting in convictions against former FBI agent John J. Connolly Jr. and retired Boston police Detective Michael Flemmi, Stephen's brother. Both former law enforcers are serving 10-year sentences.